### IN THE UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

LEROY ANTONIO WILSON,    |
    Plaintiff             |
                             |    **CIVIL ACTION NO.  02-CV-3539**
        v.           |
                             |
KEVIN MCGEE, ET AL.,      |
    Defendants     |

Tucker, J.

## ORDER

**AND NOW**, this 14th day of November 2002, upon consideration of Plaintiff's letter dated October 21, 2002 requesting an appointment of Counsel,  **IT IS HEREBY ORDERED and DECREED** that Plaintiff's request is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall appoint Counsel to the above case consistent with the Prisoner Civil Rights Panel.

**BY THE COURT:**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**