IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEROY ANTONIO WILSON**<br>    Plaintiff,<br><br>      v.<br><br>**KEVIN MCGEE, ET AL.,**<br>    Defendants. | CIVIL ACTION NO. 02-CV-3539 |

## ORDER

**AND NOW**, this 9th day of September 2003, upon consideration of Defendants' Motion to Dismiss and in the alternative Defendants' Motion for Summary Judgment (Doc. 11) and Plaintiff's Response thereto (Doc. 14), **IT IS HEREBY ORDERED** and **DECREED** that Defendants' Motions are **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that:

1. Defendants' Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**. The Court will grant Defendants' Motion to Dismiss and dismiss the entire complaint against Defendants, Hamel, Frey, and Eustis. The Court finds that Plaintiff has sufficiently stated a claim against Defendant McGee.

2. Defendant McGee's Motion for Summary Judgment is **GRANTED**. Judgment is entered in favor of Defendant McGee and against Plaintiff.

**BY THE COURT**:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**